UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JAROMY PITTARIO

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

**21 MAG 1949**

Defendant __JAROMY PITTARIO_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

 X   Initial Appearance Before a Judicial Officer

___  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____Jaromy Pittario/ *SMS*_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____*Sarah M. Sacks*_____
Defendant's Counsel's Signature

___JAROMY PITTARIO_____
Print Defendant's Name

_____SARAH M. SACKS_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_March 2, 2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge